1 Lawrence D. Rohlfing
Attorney at Law: 119433
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
4 Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com
5
Attorneys for Plaintiff
6 Tonie M. Pugh

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  TONIE M. PUGH, | ) Case No.: 2:18-cv-01607-KJN |
| 12        Plaintiff, | ) STIPULATION AND ORDER FOR |
| | ) THE AWARD AND PAYMENT OF |
| 13    vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO THE EQUAL |
| 14  ANDREW SAUL, | ) ACCESS TO JUSTICE ACT, 28 U.S.C. |
|   Commissioner of Social Security, | ) § 2412(d) AND COSTS PURSUANT |
| 15 | ) TO 28 U.S.C. § 1920 |
|        Defendant. | ) |
| 16 | ) |
| 17 | ) |

18      TO THE HONORABLE KENDALL J. NEWMAN, MAGISTRATE

19 JUDGE OF THE DISTRICT COURT:

20      IT IS HEREBY STIPULATED, by and between the parties through their

21 undersigned counsel, subject to the approval of the Court, that Tonie M. Pugh be

22 awarded attorney fees and expenses in the amount of three thousand eight hundred

23 dollars ($3,800.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. §

24 2412(d), and costs in the amount of four hundred dollars ($400.00) under 28

25 U.S.C. § 1920. This amount represents compensation for all legal services

26

rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Tonie M. Pugh, the government will consider the matter of Tonie M. Pugh's assignment of EAJA fees to Lawrence D. Rohlfing. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Tonie M. Pugh, but if the Department of the Treasury determines that Tonie M. Pugh does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Tonie M. Pugh.[1] Any payments made shall be delivered to Lawrence D. Rohlfing.

This stipulation constitutes a compromise settlement of Tonie M. Pugh's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Tonie M. Pugh and/or Lawrence D. Rohlfing including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Lawrence D. Rohlfing and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: September 27, 2019  Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Lawrence D. Rohlfing*

BY:_____
Lawrence D. Rohlfing
Attorney for plaintiff Tonie M. Pugh

DATED: September 27, 2019  MCGREGOR W. SCOTT
United States Attorney

/s/ *Ellinor Coder*

ELLINOR CODER
Special Assistant United States Attorney
Attorneys for Defendant
ANDREW M. SAUL, Commissioner of Social Security (Per e-mail authorization)

## ORDER

Approved and so ordered:

Dated:  October 7, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pugh.160